OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 3, 2015

Mr. Maurice Anderson, #769537/427620
East Jersey State Prison
Lock Bag R
Rahway, N. J.  07065

RE: Maurice Anderson v. Warden New Jersey State Prison, et al.
Case Number: 15-1440
District Case Number: 2-09-cv-01168
_____

Dear Mr. Anderson:

An appeal has been filed from the final order of the District Court denying a petition for writ of habeas corpus filed pursuant to 28 U.S.C. Section 2241 or Section 2254, or a related motion filed pursuant to Fed. R. Civ. P. 60(b). Where "the detention complained of arises out of process issued by a State court." 28 U.S.C. Section 2253, the appeal may not proceed to consideration of the merits unless a "circuit justice or judge" grants a certificate of appealability. <u>Id.</u> The Court's procedures regarding certificates of appealability are set forth at <u>Third Circuit Local Appellate Rules(3rd Cir. LAR)</u> 22.1. 22.2 and 22.3.

Appellant has not filed an application for a certificate of appealability. Appellant may file an application within twenty-one (21) days of the date of this letter. If appellant does not file an application for a certificate of appealability, appellant's notice of appeal will be deemed to be such an application and will be submitted by the Clerk of this Court to a panel of the Court for consideration. Any response in opposition to issuance of a certificate of appealability must be filed no later than fourteen (14) days after service of appellant's application or, if no formal application is filed, within thirty-five (35) days of the date of this letter. Appellant may file a reply no later than ten (10) days after service of any response in opposition.

It also appears that this Court may lack appellate jurisdiction over the appeal (see p.2.).

March 3, 2015
Page 2
_____

If the Court grants the application for a certificate of appealability, the Clerk will issue a briefing schedule. The appeal will be heard on the original record. 3rd Cir. LAR 30.2. If the appellant is indigent, counsel will be appointed on behalf of the appellant under the Criminal Justice Act, unless the Court directs otherwise. 18 U.S.C. Section 3006A(a)(2)(B); IOP 10.3.2.

If the Court denies the request for a certificate of appealability, you may seek review in the United States Supreme Court by filing a petition for writ of certiorari. Contact the Supreme Court at 1 First Street, N.E., Washington, D.C. 20543 (phone 202-479-3000) for information on filing a petition for writ of certiorari.

In addition, it appears that the Court may lack appellate jurisdiction for the following reason:

The notice of appeal in your civil case was not filed within the time prescribed by the Federal Rules of Appellate Procedure:

Order entered: May 14, 2013

Notice of Appeal filed: February 3, 2015

Period permitted: 30 days

Rule 4(a)(1)(A)

In the case of an untimely notice of appeal in civil cases, the District Court has discretion to permit an extension of time to file the notice of appeal: (1) where a motion requesting such relief is filed not later than 30 days after the normal appeal period; and (2) where good cause or excusable neglect is shown. See Federal Rules of Appellate Procedure 4(a)(1) and 4(a)(5), attached.

The District Court may reopen the time for appeal when a party entitled to notice of entry of a judgment or order did not receive such notice from the court or any party within 21 days of its entry: (1) upon motion filed within 180 days of entry of the judgment or order or within 14 days of receipt of such notice, whichever is earlier; and (2) upon finding that no party would be prejudiced. See Federal Rule of Appellate Procedure 4(a)(6), attached.

The United States Supreme Court, however, has held that a pro se prisoner's notice of appeal may be considered timely if it is delivered to the prison authorities, for forwarding to the clerk of the District Court, within the time prescribed by the appropriate Federal Rule of Appellate Procedure (Fed. R. App. P.) for filing a notice of appeal from the judgment or order. Houston v. Lack, 487 U.S. 266 (1988). If you allege in your response regarding timeliness that you delivered

March 3, 2015
Page 3
_____



your notice of appeal to prison authorities within the time prescribed for appeal, making your notice of appeal timely filed under Houston, you must include a sworn declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of delivery and that that first-class postage was prepaid. Fed. R. App. P. 4(c)(1). You should also submit any available documentation of timely delivery. A showing of timely delivery can be made, for example, by providing this office with a certified copy of the prison mail log containing the date of delivery of your notice of appeal to the prison authorities, or a copy of a prison mail receipt reflecting timely delivery.

Jurisdictional defects cannot be remedied by the Court of Appeals. The parties may submit written argument regarding jurisdiction. Any response regarding jurisdiction must be in proper form (original copy, with certificate of service), and must be filed within the time set forth above for filing a memorandum of law in support of or in opposition to issuance of a certificate of appealability.

The parties will be advised of any order issued in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: Jo-Ann Williams
Jo-Ann Williams, Administrative Assistant

cc:    Melissa H. Raksa, Esq.
       Jane D. Plaisted, Esq.