| | |
|---|---|
| Attorney(s): | CAROLYN A. MURRAY, ACTING ESSEX COUNTY PROSECUTOR |
| Law Firm: | ESSEX COUNTY PROSECUTOR'S OFFICE |
| Address: | ESSEX COUNTY VETERANS COURTHOUSE |
| | 50 WEST MARKET STREET |
| | NEWARK, NEW JERSEY 07102 |
| Telephone No.: | (973) 621-4700 |
| Fax No.: | (973) 621-4668 |
| Primary email: | appellate@njecpo.org |
| Additional email: | jane.plaisted@njecpo.org |
| Attorney(s) for: | Respondents |

|  |  |  |
|---|---|---|
| | : | UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT |
| MAURICE ANDERSON | : | |
| | | CIVIL CASE |
| Appellant, | | |
| vs | : | CASE NUMBER: 15-1440 |
| MICHELLE RICCI, et al., | : | |
| | : | |
| Respondents. | | **APPEARANCE** |

TO:  Clerk
United States Court of Appeals
For The Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

SIR OR MADAME:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance in the above-entitled action on behalf of the Respondents.

                                                      CAROLYN A. MURRAY
                                                      ACTING ESSEX COUNTY PROSECUTOR

                                                       /s/ Jane Deaterly Plaisted

                                    By:    Jane Deaterly Plaisted
                                                 Special Deputy Attorney General/Acting
                                                 Essex County Assistant Prosecutor

## CERTIFICATION OF FILING AND SERVICE

I hereby certify that the original of this appearance has been electronically filed with the Clerk of the above Court and a copy has been served on this date on Maurice Anderson, Pro se, No. 427620/769537-B, at East Jersey State Prison, Lock Bag R, Rahway, N.J. 07006 by forwarding same, via regular mail.

        CAROLYN A. MURRAY
        ACTING ESSEX COUNTY PROSECUTOR

        /s/ Jane Deaterly Plaisted

By:    Jane Deaterly Plaisted
        Special Deputy Attorney General/Acting
        Essex County Assistant Prosecutor

Dated: March 16, 2015