Maurice Anderson #427620
Lock Bag - R    #769537-B
East Jersey State Prison
Rahway, NJ 07065

RECEIVED
APR 27 2015
U.S.C.A. 3rd

April 23, 2015

Clerk of the Court
U.S. Court of Appeals
For the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re: Maurice Anderson v. Warden of NJ State Prison
    Docket No. 15-1440

Dear Clerk:

I am in receipt of the State's "ANSWER" dated 04-01-15, in which she argued that petitioner is untimely because he did not file within thirty days of the district court's final order of November 24, 2014.

Enclosed please find the "AS WITHIN TIME MOTION", "CERTIFICATION IN SUPPORT OF AS WITHIN TIME MOTION", and "PROOF OF SERVICE" that was originally enclosed and filed with petitioner's "APPLICATION FOR CERTIFICATE OF APPEALABILITY" on January 26, 2015, and filed with this Court on February 3, 2015. A copy was also forwarded to the state itself explaining the delay.

With respect to the other argument the state advanced about the district court finding that petitioner was untimely because he did not file within the one-year limitation period. Petitioner kindly ask this court to consider his argument in "POINT 5" of his APPLICATION FOR CERTIFICATE OF APPEALABILITY and all other documents mentioned in it.

Thank you in advance for your time and patience in this very important matter.

Respectfully,

Maurice Anderson

Hon. Katherine S. Hayden

Maurice Anderson #427620  
Lock Bag -R     #769537B  
East Jersey State Prison  
Rahway, NJ 07065  
Petitioner-Appellant, Pro Se

PRESENTLY CONFINED

UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT

Civil No. 09-1168

| | |
|---|---|
| Maurice Anderson : | |
| Petitioner-Appellant : | |
| : | Civil Action |
| v. : | |
| : | CERTIFICATION IN SUPPORT OF |
| Michelle R. Ricci : | MOTION TO FILE AS WITHIN TIME |
| Respondent-Appellees : | NOTICE OF APPEAL |

I, Maurice Anderson, do hereby certify as follows:

1. I am the petitioner-appellant in the above captioned matter and I am familiar with the facts of this case.

2. The filing of petitioner's notice to file for COA was delayed because petitioner was in Administrative Segregation (in Northern State Prison) at the date (November 28, 2014) he received the district court's decision. At that time petitioner had very limited access but petitioner till managed to get it done by a reasonable time (December 18, 2014) but couldn't get it into a paralegal hands to have it copied until December 23, 2014, upon the paralegal acceptance of my paperwork, he'd informed me

that the jail (Northern State Prison) would be shut-down until after the Holidays (January 5, 2015). The paralegal's statement was confirmed by Norther State Prison's staff and it was listed on the institution's TV channel.

Nevertheless, on December 31, 2014, I was transferred to East Jersey State Prison, in Rahway, NJ, before I had the chance to collect my paperwork from the paralegal; leaving petitioner to do his entire COA over.

However, petitioner had to wait until he receive his property which was almost two weeks later (01-12-15). Petitioner will actually be done today (01-26-15), but would need copies so petitioner ask again that this court accept his petition As Within Time. This delay was not caused by defendant in any way.

3. Therefore, I respectfully request that petitioner's motion to file for COA As Within Time be granted.

I certify that the foregoing statements made by me are true to the best of my knowledge. If any of the foregoing statements are willfully false, I am subject to punishment.

Respectfully Submitted,

_____
Maurice Anderson

January 26, 2015

Maurice Anderson #427620
Lock Bar - R    #769537B
Rahway, NJ 07006
Petitioner-Appellant, Pro se

PRESENTLY CONFINED

UNITED STATES DISTRICT COURT
FOR THE THIRD CIRCUIT

Docket No. 09-1168

| | |
|---|---|
| Maurice Anderson : | |
|    Petitioner-Appellant : | Civil Action |
| : | |
| v. : | |
| : | PROOF OF SERVICE |
| Michelle R. Ricci, Et. Als : | |
|    Respondent-Appellees : | |

I, Maurice Anderson, Petitioner, pro se hereby certify that on this date I placed an original and one (1) copy of my certificate of appealability in ordinary mail with postage prepaid addressed to:

John Hoffman, Acting Attorney General    : Jane Deaterly Plaisted, Pros.
Office of the Attorney General           : Essex County Prosecutor's Off.
Richard J. Hughes Justice Complex        : 50 West Market Street
P.O. Box 112                             : Newark, NJ 07101
Trenton, NJ 08625                        :

I hereby certify that all the forgoing statements made by me are true. I am aware that if any of the forgoing statements made by me are willfully false, I am subject to punishment.

Respectfully Submitted

*Maurice Anderson* (signature)

January 26, 2015     Maurice Andersonee

Maurice Anderson #427620
Lock Bar - R   #769537B
Rahway, NJ 07006
Petitioner-Appellant, Pro Se

Clerk of the Court
United States Court of Appeals
For The Third Circuit
21400 United States Court House
601 Market Street
Philadelphia, PA 19106-1790

       Re: <u>Maurice Anderson vs. Michelle R. Ricci, et al.</u>
          Docket No. 09-1168

Dear Clerk:

    Enclosed for filing is the original and two (2) copies of the following:

1. Application for a Certificate of Appealability;
2. Proof of Service; and
3. Motion To File As Within ~~Out Of~~ Time Notice Of Appeal.

                                Very Truly Yours,

                                  */s/ Maurice Anderson*

January 26, 2015            Maurice Anderson

Hon. Katherine S. Hayden

Maurice Anderson #427620

Lock Bag -R   #769537B

East Jersey State Prison

Rahway, NJ 07065

Petitioner-Appellant, Pro Se

PRESENTLY CONFINED

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Civil No. <u>09-1168</u>

---

| | |
|---|---|
| Maurice Anderson : | |
| Petitioner-Appellant : | |
| : | <u>Civil Action</u> |
| v. : | |
| : | MOTION TO FILE AS WITHIN TIME |
| Michelle R. Ricci : | NOTICE OF APPEAL |
| <u>Respondent-Appellees</u> : | |

PLEASE TAKE NOTICE that Petitioner-Appellant Maurice Anderson herein moves before the Third Circuit Court for an ORDER granting petitioner permission to file Certificate Of Appealablility (COA) As Within Time. Petitioner-Appellant shall rely upon the attached certification in support of this motion.

Respectfully Submitted,

/Maurice Anderson

January 26, 2015