ALD-340                                                                                                September 17, 2015
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **15-1440**

MAURICE ANDERSON, Appellant

v.

WARDEN NEW JERSEY STATE PRISON; ET AL.

(D.N.J. Civ. No. 09-cv-01168)

Present:    CHAGARES, SCIRICA and RENDELL, <u>Circuit</u> <u>Judges</u>

Submitted are:

(1) Appellant's notice of appeal, which may be construed as an application for a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1);

(2) By the Clerk for possible dismissal due to a jurisdictional defect;

(3) Appellant's response thereto; and

(4) Appellees' response thereto

in the above-captioned case.

Respectfully,


Clerk

MMW/CAC/clw

_____ORDER_____

This appeal is dismissed for lack of appellate jurisdiction. A notice of appeal in a civil case in which the United States is not a party "must be filed with the district clerk within 30 days after the judgment or order appealed from is entered." Fed. R. App. P. 4(a)(1)(A). The District Court entered its order dismissing Appellant's petition pursuant to 28 U.S.C. § 2254 on November 25, 2014. Appellant filed his notice of appeal on

January 26, 2015, which was after expiration of the thirty-day period to appeal. The timely filing of a notice of appeal is a jurisdictional requirement in a civil case. <u>Bowles v. Russell</u>, 551 U.S. 205, 214 (2007). Accordingly, the appeal is dismissed for lack of jurisdiction.

              By the Court,

Dated: September 29, 2015     <u>s/ Michael A. Chagares</u>
CLW/cc: Mr. Maurice Anderson   Circuit Judge
    Jane D. Plaisted, Esq.

**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.